# Raoul Zaltzberg, Esq.

| | | |
|---|---|---|
| Zaltzberg Law | *Attorney at Law* | O: (212) 609-1344 |
| 5 Penn Plaza, 23rd Fl | | P: (917) 244-4322 |
| New York, New York 1001 | Raoul@ZaltzbergLaw.com | F: (212) 609-1345 |

_____

October 13, 2022

The Honorable Jennifer L. Rochonstein
United States Courthouse
500 Pearl Street
New York, NY 10007
*By ECF*

   Re: *United States v. Boyd (Zavier Santiago), 22cr00468 (JLR)*

Dear Judge Rochonstein,

  I represent Zavier Santiago in the above-referenced matter. I write with consent of the government to request a two-week extension to meet Mr. Santiago's bail conditions.

  On October 3, 2022, a $50,000 bond secured by two financially responsible persons, along with other standard conditions of release, was ordered. The Court ordered that Mr. Santiago's co-signers had until October 17, 2022, to sign the bond. Due to my schedule and the schedules of Mr. Santiago's potential co-signers, we are respectfully requesting an extension of time, until October 31, 2022, in order to facilitate Mr. Santiago's bond co-signers to fully provide the proper paperwork to the U.S. Attorney's Office and for them to sign the bond. This is my first request for an extension of time. The case itself is next on December 14, 2022, for a status conference. Again, the government consents to this application. I have already and continue to waive speed trial time.

  Thank you in advance for your consideration.

                Sincerely,

                _____/s/_____
                Raoul Zaltzberg, Esq.
                *Attorney for Defendant*
                raoul@zaltzberglaw.com
                212-609-1344

Request **GRANTED**. Mr. Santiago's co-signers shall sign the bond no later than **October 31, 2022**.

Dated: October 17, 2022
    New York, New York

SO ORDERED

*[signature]*

JENNIFER L. ROCHON
United States District Judge