# Raoul Zaltzberg, Esq.

| Zaltzberg Law | *Attorney at Law* | (212) 609-1344 |
| 14 Wall Street, 20th Floor | | (212) 609-1345 |
| New York, New York 10005 | www.zaltzberglaw.com | Raoul@ZaltzbergLaw.com |

_____

**VIA ECF**

April 4, 2023

The Honorable Jennifer L. Rochon
United States District Judge Southern District of New York
500 Pearl Street
New York, New York 10007-0116

Re:  *United States v. Boyd [Zavier Santiago]*
     22 CR 468 (JLR)

Dear Judge Rochon,

I represent Zavier Santiago in the above referenced Indictment and cannot appear for Mr. Santiago for the April 6, 2023, status conference. I have a personal family emergency that requires me to be in Philadelphia that afternoon.

I respectfully request that the Court allow my colleague and co-counsel Carla Sanderson to stand in my place conference. My client consents to Ms. Sanderson appearing on my behalf. I have also notified AUSA Burnett as well.

To the extent it is necessary, I also consent to the exclusion of time pursuant to the Speedy Trial Act.

Thank you, Your Honor, in advance for your consideration.

Sincerely,

_____/s/_____
Raoul Zaltzberg, Esq.

C.c. AUSA Thomas Burnett by Electronic Mail

---

**Annotations (stamped on letter):**

Application **GRANTED**. Co-counsel Carla Sanderson may appear on behalf of Zavier Santiago.

Dated: April 5, 2023
New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**