UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
UNITED STATES OF AMERICA
                                   :    22-CR-00468-RA-3

     -against-                     :    ORDER
                                   :
Zavier Santiago,
                                   :
             Defendant
                                   :
-----------------------------------X

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to

remove the following condition:

  - Curfew enforced by Location Monitoring


Dated:     September 7,2023
           New York, New York


               SO ORDERED:


               _____
               Sarah Netburn
               United States Magistrate Judge